MARGARET T. BROWNING v. GEORGE EMMET BROWNING.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NORTH RIVER MORTGAGE CORPORATION v. 254 SIXTH AVENUE REALTY CORPORATION and Others, Impleaded with Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NORTH RIVER MORTGAGE CORPORATION v. 254 SIXTH AVENUE REALTY CORPORATION and Others, Impleaded with REALTY-SECURED FUNDING CORPORATION. — Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANNA ROSEN, Principal, and EQUITABLE CASUALTY AND SURETY COMPANY, Surety.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROSE COHEN, Principal, and EQUITABLE CASUALTY AND SURETY COMPANY, Surety.— Motion granted. Present Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Supplementary Proceedings: MANHATTAN ELECTRICAL SUPPLY Co., INC., v. EMANUEL ZIMMET and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE BARCLAY PARK CORPORATION v. IGNATIUS HAAS.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS SCHECKNER v. ABRAHAM WITTNER and Another.— Motion denied. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

In the Matter of JAMES R. CUSACK, an Attorney.— Reference ordered to Hon. Alfred R. Page, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of RUDOLPH HELFANT, an Attorney.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of FRANK KREVORUCK, an Attorney.— Reference ordered to Hon. Vernon M. Davis, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDORE SIEGELTUCH and Others, Appellants, v. CHARLES R. ROGERS and Another, Respondents.—Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MANUEL MONSANTO and Another, Appellants, v. HENRY M. HUBSHMAN and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANGELO MALGIERI, Respondent, v. JACOB SHEVELL, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.